■ In the Matter of SHAWANGA VILLAGE et al., Respondents, v DEPARTMENT OF ENVIRONMENTAL CONSERVATION et al., Appellants.—Appeal, by permission, from an order of the Supreme Court at Special Term, entered August 4, 1978 in Albany County, which denied appellants' motion to dismiss the petition. There is no merit to this appeal which seeks to dismiss the petition upon objections in point of law. The issues involved are fully resolved in the opinion of Mr. Justice Cholakis at Special Term. Order affirmed, without costs. Mahoney, P. J., Greenblott, Main, Mikoll and Herlihy, JJ., concur.